### 35193.   LIBERTY HOMES, INC. *v.* STRATTON *et al.*

FELTON, C. J.   The plaintiff in this case is the wife of the plaintiff in *Liberty Homes, Inc.* v. *Stratton,* ante, and this case is controlled by the ruling in that case.

The court erred in overruling the general demurrer of the defendant, Liberty Homes, Inc.

*Judgment reversed.   Quillian and Nichols, JJ., concur.*

DECIDED SEPTEMBER 27, 1954.

*Neville & Neville, Oliver, Oliver & Davis,* for plaintiff in error.
*Pierce & Ranitz, Walker D. Burke, Ronald F. Adams,* contra.